UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81588-CIV-RYSKAMP/VITUNAC

ROBERT ARMIJO, d/b/a
INDEPENDENT CONTRACTORS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court pursuant to the May 3, 2010 **[DE 26]** Report and Recommendation of United States Magistrate Judge Ann E. Vitunac. No objections were filed. The Court has reviewed the Report and Recommendation and has conducted a de novo review of the underlying record. It is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED. The Government's Motion to Dismiss the Amended Petition to Quash Summons **[DE 24]** and Motion to Dismiss the Amended Motion to Quash **[DE 23]** are GRANTED on the grounds that the Court lacks jurisdiction over this matter. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 7th day of June, 2010.

                                          S/Kenneth L. Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE